# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTCHESTER PUTNAM COUNTIES HEAVY & HIGHWAY LABORERS LOCAL 60 BENEFIT FUNDS, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) ) | Case No.:  1:16-cv-02400 (AT)(SN)<br><br>**CLASS ACTION** |

WESTCHESTER PUTNAM COUNTIES ) Case No.:  1:16-cv-02400 (AT)(SN)
HEAVY & HIGHWAY LABORERS LOCAL 60 )
BENEFIT FUNDS, Individually and on Behalf of ) **CLASS ACTION**
All Others Similarly Situated, )
                                              )
            Plaintiff, )
                                              )
            v. )
                                              )
BRIXMOR PROPERTY GROUP INC., )
MICHAEL CARROLL. MICHAEL )
PAPPAGALLO, AND STEVEN SPLAIN, )
                                             )
           Defendants. )

# LEAD PLAINTIFFS' NOTICE OF MOTION
## AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
## REIMBURSEMENT OF LITIGATION EXPENSES

    TO:  All Counsel of Record

    PLEASE TAKE NOTICE that, pursuant to the Court's July 31, 2017 Order Preliminarily

Approving Settlement and Providing for Notice (ECF No. 75), and the Court's August 1, 2017

Order rescheduling the date of the settlement hearing (ECF No. 78), on December 6, 2017, at

11:00 am in Courtroom 15D of the Daniel Patrick Moynihan United States Courthouse, 500

Pearl Street, New York, NY  10007-1312, the Honorable Analisa Torres presiding, Lead

Plaintiffs, Westchester Putnam Counties Heavy & Highway Local 60 Benefit Funds, Teamsters

Local 456 Annuity Fund, and the City of Birmingham Retirement and Relief System ("Lead

Plaintiffs") on behalf of the settlement class, will and do hereby, move the Court for an award of

attorneys' fees and reimbursement of Litigation Expenses in connection with the proposed Settlement with Defendants in the above-captioned action.[1]

The motion is based upon the Memorandum of Law in Support of Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; the Declaration of Steven B. Singer in Support of Lead Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, Approval of Plan of Allocation, and Approval of Lead Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; exhibits thereto; the record and proceedings in this action; and such matters as the Court may consider at the time of the hearing.

Defendants have informed Lead Plaintiffs that they take no position on this motion. Pursuant to the Court's Preliminary Approval Order, the deadline for members of the Settlement Class to file objections, if any, is November 15, 2017.

Dated:  November 1, 2017                              Respectfully submitted,
        New York, New York

                                        **LAW OFFICES OF CURTIS V. TRINKO,
                                        LLP**

                                        _/s/ Curtis V. Trinko_
                                        Curtis V. Trinko (CT-1838)
                                        16 West 46th Street, 7th Floor
                                        New York, NY 10036
                                        Telephone: (212) 490-9550
                                        Facsimile: (212) 986-0158
                                        ctrinko@trinko.com

                                        **_Liaison Counsel for Lead Plaintiffs and the
                                        Class_**

---

[1] When not defined herein, capitalized terms are defined in the Stipulation and Agreement of Settlement (ECF No. 74, the "Stipulation").

**SAXENA WHITE P.A.**

Steven B. Singer (SS-5212)
4 West Red Oak Lane, Suite 312
White Plains, New York 10604
Telephone: (914) 437-8551
Facsimile:  (888) 631-3611
ssinger@saxenawhite.com

-and-

Maya Saxena
Joseph E. White, III (JW-9598)
Lester R. Hooker
150 East Palmetto Park Road
Suite 600
Boca Raton, FL 33432
Telephone: (561) 394-3399
Facsimile:  (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

***Lead Counsel for Lead Plaintiffs and the
Class***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on November 1, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.


*<u>/s/ Curtis V. Trinko</u>*
Curtis V. Trinko